

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2015

No. 04-15-00214-CV

**IN RE** Juan Miguel **MATA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:         Rebeca C. Martinez, Justice
                   Luz Elena D. Chapa, Justice
                   Jason Pulliam, Justice

On April 10, 2015, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 21, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2714, styled *In the Matter of Maria Elena Mata and Juan Miguel Mata*, pending in the County Court of Dimmit County, Texas, the Honorable Francisco G. Ponce presiding.